Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 12−20819−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Weymont Clarke | Vanessa Coggins |
| 365 Parker Street | 365 Parker Street |
| Newark, NJ 07104 | Newark, NJ 07104 |

Social Security No.:
  xxx−xx−1004                                                 xxx−xx−4480

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/19/17 at 10:30 AM

to consider and act upon the following:

*86* − Certification in Opposition to (related document:85 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 365−367 Parker Street, Newark, NJ. Fee Amount &#036 176. filed by Creditor Hudson City Savings Bank, 54 Opposition filed by Debtor Weymont Clarke, Joint Debtor Vanessa Coggins, 55 Order on Motion For Relief From Stay, 66 Creditor's Certification of Default filed by Creditor Hudson City Savings Bank, 67 Opposition filed by Debtor Weymont Clarke, Joint Debtor Vanessa Coggins, 68 Hearing (Document) Scheduled, Hearing (Document) Rescheduled, Hearing Held) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 03/20/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Mark Goldman on behalf of Weymont Clarke, Vanessa Coggins. (Goldman, Mark)

Dated: 3/16/17

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court