Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  12−20819−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Weymont Clarke
365 Parker Street
Newark, NJ 07104

Vanessa Coggins
365 Parker Street
Newark, NJ 07104

Social Security No.:
    xxx−xx−1004

    xxx−xx−4480

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/19/17 at 10:30 AM

to consider and act upon the following:

*86* − Certification in Opposition to (related document:85 Creditor's Certification of Default (related document:53 Motion for Relief from Stay re: 365−367 Parker Street, Newark, NJ. Fee Amount &#036 176. filed by Creditor Hudson City Savings Bank, 54 Opposition filed by Debtor Weymont Clarke, Joint Debtor Vanessa Coggins, 55 Order on Motion For Relief From Stay, 66 Creditor's Certification of Default filed by Creditor Hudson City Savings Bank, 67 Opposition filed by Debtor Weymont Clarke, Joint Debtor Vanessa Coggins, 68 Hearing (Document) Scheduled, Hearing (Document) Rescheduled, Hearing Held) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 03/20/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T Bank) filed by Mark Goldman on behalf of Weymont Clarke, Vanessa Coggins. (Goldman, Mark)

Dated: 3/16/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-20819-RG
Weymont Clarke                                                                  Chapter 13
Vanessa Coggins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Mar 16, 2017
                                 Form ID: ntchrgbk         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2017.
db/jdb          +Weymont Clarke,    Vanessa Coggins,    365 Parker Street,    Newark, NJ 07104-1304
cr              +Hudson City Savings Bank,    Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 P.O. Box 5054,    Mount Laurel, NJ 08054-5054
cr              +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    Hudson City Savings Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Clifford B. Frish    on behalf of Debtor Weymont    Clarke yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Clifford B. Frish    on behalf of Joint Debtor Vanessa    Coggins yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow    on behalf of Debtor Weymont    Clarke yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow    on behalf of Joint Debtor Vanessa    Coggins yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Joint Debtor Vanessa    Coggins yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark Goldman    on behalf of Debtor Weymont    Clarke yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                             TOTAL: 10